# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−26715−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John Kocsis                                  Anne M. Kocsis
   14 Cliff Street                              14 Cliff Street
   Trenton, NJ 08611                   Trenton, NJ 08611

Social Security No.:
   xxx−xx−8429                               xxx−xx−6846

Employer's Tax I.D. No.:

## NOTICE OF RESCHEDULED CONFIRMATION HEARING DATE

Please be advised the Confirmation hearing date of 5/2/2018 has been changed to:

Date: MONDAY, 5/7/2018
Time: 10:00 AM
Location: Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 086081507

for:
#5 Confirmation Hearing Scheduled (related document:2 Chapter 13 Plan, Motions Included: None. Filed by Kevin C. Fayette on behalf of Anne M. Kocsis, John Kocsis.)


Dated: March 16, 2018
JAN: slf

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-26715-CMG
John Kocsis                                                     Chapter 13
Anne M. Kocsis
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Mar 16, 2018
                              Form ID: 200             Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 18, 2018.
db/jdb         +John Kocsis,    Anne M. Kocsis,    14 Cliff Street,    Trenton, NJ 08611-3406
517015780      +Allied Interstate LLC,    7525 West Campus Road,    New Albany, OH 43054-1121
517015781       Alltran Financial, LP,    P.O. Box 4044,    Concord, CA 94524-4044
517015782       American Express,    PO Box 360001,    Ft. Lauderdale, FL 33336-0001
517167703       American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517015783      +American Express Bank, FSB,    C/O Zwicker & Associates,    1105 Laurel Oak Road,    Ste 136,
                 Voorhees, NJ 08043-4312
517015784       Capital One Bank,    POB 71083,    Charlotte, NC 28272-1083
517167683       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517015785       Comenity-HSN,    P.O. Box 659707,    San Antonio, TX 78265-9707
517089321      +Drexel University,    J. Scott Watson, Esq.,    24 Regency Plaza,    Glen Mills, PA 19342-1001
517015789       ERC,    P.O. Box 23870,    Jacksonville, FL 32241-3870
517234372      +Embrace Home Loans, Inc.,    c/o RoundPoint Mortgage Servicing Corpor,
                 5016 Parkway Plaza Blvd, Suite 200,    Charlotte, NC 28217-1930
517015790      +F.H. Cann & Associates, Inc.,    1600 Osgood Street,    Suite 20-2/120,
                 North Andover, MA 01845-1048
517015791       Firstsource Advantage, LLC,    C/o RJM Acquisitions LLC,    PO Box 628,    Buffalo, NY 14228
517015793       Hilton Grand Vacation,    P.O. Box 402705,    Atlanta, GA 30384-2705
517015797      +Mastercard,    Card service Center,    PO Box 9201,    Old Bethpage, NY 11804-9001
517015798       Nationwide Credit, Inc.,    P.O. Box 14581,    Des Moines, IA 50306-3581
517015800       Roundpoint Mortgage Servicing Corporatio,    P.O. Box 674150,    Dallas, TX 75267-4150
517015801     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Division of Taxation,    P.O. Box 245,
                 Trenton, NJ 08695-0245)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 16 2018 22:46:33      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 16 2018 22:46:30      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517015786       E-mail/Text: mrdiscen@discover.com Mar 16 2018 22:45:52      Discover,    PO Box 71084,
                 Charlotte, NC 28272-1084
517024988       E-mail/Text: mrdiscen@discover.com Mar 16 2018 22:45:52      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
517015787      +E-mail/Text: collections@drexel.edu Mar 16 2018 22:46:22      Drexel University,
                 3141 Chestnut Street,    Philadelphia, PA 19104-2875
517015788       E-mail/PDF: gecsedi@recoverycorp.com Mar 16 2018 22:55:16      Ebay Mastercard/SYNCB,
                 P.O. Box 960080,    Orlando, FL 32896-0080
517015792      +E-mail/Text: Banko@frontlineas.com Mar 16 2018 22:47:49      Frontline Asset Strategies, LLC.,
                 2700 Snelling Ave., N,    Suite 250,    Saint Paul, MN 55113-1783
517015794       E-mail/Text: cio.bncmail@irs.gov Mar 16 2018 22:46:08      Internal Revenue Service,
                 PO Box 724,    Springfield, NJ 07081-0724
517015795       E-mail/Text: bnckohlsnotices@becket-lee.com Mar 16 2018 22:45:57      Kohl's Payment Center,
                 PO Box 2983,    Milwaukee, WI 53201-2983
517176985       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 16 2018 22:55:18
                 LVNV Funding, LLC its successors and assigns as,    assignee of Capital One, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517015796       E-mail/PDF: gecsedi@recoverycorp.com Mar 16 2018 22:55:07      Lowe's/Synchrony Bank,
                 P.O. Box 530914,    Atlanta, GA 30353-0914
517114497       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 16 2018 23:07:43
                 Portfolio Recovery Associates, LLC,    c/o Aadvantage Aviator Silver,    POB 41067,
                 Norfolk VA 23541
517115706       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 16 2018 22:55:03
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
                 Norfolk VA 23541
517158979       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 16 2018 22:55:03
                 Portfolio Recovery Associates, LLC,    c/o RCS Direct Marketing/Orchard Bank,    POB 41067,
                 Norfolk VA 23541
517015799      +E-mail/PDF: gecsedi@recoverycorp.com Mar 16 2018 22:55:05      QCARD/SYNCHRONY BANK,
                 PO BOX 530905,    Atlanta, GA 30353-0905
517215488       E-mail/Text: bnc-quantum@quantum3group.com Mar 16 2018 22:46:23
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
517019617      +E-mail/PDF: gecsedi@recoverycorp.com Mar 16 2018 22:54:51      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517015802       E-mail/PDF: gecsedi@recoverycorp.com Mar 16 2018 22:55:16      Synchrony Bank,    P.O. Box 960061,
                 Orlando, FL 32896-0061
517015803      +E-mail/PDF: gecsedi@recoverycorp.com Mar 16 2018 22:55:17      Synchrony Bank/Amazon,
                 PO BOX 960013,    Orlando, FL 32896-0013
517122266      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 16 2018 22:54:54      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 20

```
District/off: 0312-3          User: admin              Page 2 of 2                Date Rcvd: Mar 16, 2018
                              Form ID: 200             Total Noticed: 39
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517026377*      Internal Revenue Service,   PO Box 7346,   Philadelphia, PA   19101-7346
                                                                          TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 16, 2018 at the address(es) listed below:
            Albert   Russo    docs@russotrustee.com
            Denise E. Carlon     on behalf of Creditor   Embrace Home Loans, Inc. dcarlon@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            Kevin C. Fayette     on behalf of Joint Debtor Anne M. Kocsis kfayette@kevinfayette.com
            Kevin C. Fayette     on behalf of Debtor John  Kocsis kfayette@kevinfayette.com
            U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                   TOTAL: 5
```