Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

Case No.: 17–26715–CMG  
Chapter: 13  
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

John Kocsis  
14 Cliff Street  
Trenton, NJ 08611

Anne M. Kocsis  
14 Cliff Street  
Trenton, NJ 08611

Social Security No.:  
xxx–xx–8429

xxx–xx–6846

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 11, 2018.

On 1/22/19 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:    February 20, 2019  
Time:    10:00 AM  
Location:    Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: January 23, 2019  
JAN: amg

Jeanne Naughton  
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
John Kocsis  
Anne M. Kocsis  
    Debtors

Case No. 17-26715-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Jan 23, 2019  
                  Form ID: 185     Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2019.

```
db/jdb         +John Kocsis,    Anne M. Kocsis,   14 Cliff Street,    Trenton, NJ 08611-3406
517015780      +Allied Interstate LLC,    7525 West Campus Road,    New Albany, OH 43054-1121
517015781       Alltran Financial, LP,    P.O. Box 4044,    Concord, CA 94524-4044
517015782       American Express,    PO Box 360001,    Ft. Lauderdale, FL 33336-0001
517015783      +American Express Bank, FSB,    C/O Zwicker & Associates,    1105 Laurel Oak Road,    Ste 136,
                 Voorhees, NJ 08043-4312
517167703       American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517167683       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517089321      +Drexel University,    J. Scott Watson, Esq.,    24 Regency Plaza,    Glen Mills, PA 19342-1001
517015789       ERC,    P.O. Box 23870,    Jacksonville, FL 32241-3870
517234372      +Embrace Home Loans, Inc.,    c/o RoundPoint Mortgage Servicing Corpor,
                 5016 Parkway Plaza Blvd, Suite 200,    Charlotte, NC 28217-1930
517015790      +F.H. Cann & Associates, Inc.,    1600 Osgood Street,    Suite 20-2/120,
                 North Andover, MA 01845-1048
517015791       Firstsource Advantage, LLC,    C/o RJM Acquisitions LLC,    PO Box 628,    Buffalo, NY 14228
517015793       Hilton Grand Vacation,    P.O. Box 402705,    Atlanta, GA 30384-2705
517015797      +Mastercard,    Card service Center,    PO Box 9201,    Old Bethpage, NY 11804-9001
517015798       Nationwide Credit, Inc.,    P.O. Box 14581,    Des Moines, IA 50306-3581
517015800       Roundpoint Mortgage Servicing Corporatio,    P.O. Box 674150,    Dallas, TX 75267-4150
517015801      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,    Division of Taxation,    P.O. Box 245,
                 Trenton, NJ 08695-0245)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 23 2019 23:50:31     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 23 2019 23:50:28     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517015784       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 23 2019 23:55:47      Capital One Bank,
                 POB 71083,    Charlotte, NC 28272-1083
517015785       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 23 2019 23:50:08      Comenity-HSN,
                 P.O. Box 659707,    San Antonio, TX 78265-9707
517015786       E-mail/Text: mrdiscen@discover.com Jan 23 2019 23:49:23     Discover,    PO Box 71084,
                 Charlotte, NC 28272-1084
517024988       E-mail/Text: mrdiscen@discover.com Jan 23 2019 23:49:23     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
517015787      +E-mail/Text: collections@drexel.edu Jan 23 2019 23:50:17     Drexel University,
                 3141 Chestnut Street,    Philadelphia, PA 19104-2875
517015788       E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2019 23:57:04      Ebay Mastercard/SYNCB,
                 P.O. Box 960080,    Orlando, FL 32896-0080
517015792      +E-mail/Text: Banko@frontlineas.com Jan 23 2019 23:51:44     Frontline Asset Strategies, LLC.,
                 2700 Snelling Ave., N,    Suite 250,    Saint Paul, MN 55113-1783
517015794       E-mail/Text: cio.bncmail@irs.gov Jan 23 2019 23:49:42     Internal Revenue Service,
                 PO Box 724,    Springfield, NJ 07081-0724
517015795       E-mail/Text: bnckohlsnotices@becket-lee.com Jan 23 2019 23:49:29     Kohl's Payment Center,
                 PO Box 2983,    Milwaukee, WI 53201-2983
517176985       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 23 2019 23:55:55
                 LVNV Funding, LLC its successors and assigns as,    assignee of Capital One, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517015796       E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2019 23:57:03      Lowe's/Synchrony Bank,
                 P.O. Box 530914,    Atlanta, GA 30353-0914
517114497       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 23 2019 23:56:31
                 Portfolio Recovery Associates, LLC,    c/o Aadvantage Aviator Silver,    POB 41067,
                 Norfolk VA 23541
517115706       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 23 2019 23:57:16
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
                 Norfolk VA 23541
517158979       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 23 2019 23:56:31
                 Portfolio Recovery Associates, LLC,    c/o RCS Direct Marketing/Orchard Bank,    POB 41067,
                 Norfolk VA 23541
517015799      +E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2019 23:56:17      QCARD/SYNCHRONY BANK,
                 PO BOX 530905,    Atlanta, GA 30353-0905
517215488       E-mail/Text: bnc-quantum@quantum3group.com Jan 23 2019 23:50:19
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
517019617      +E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2019 23:55:40      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517015802       E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2019 23:56:16      Synchrony Bank,   P.O. Box 960061,
                 Orlando, FL 32896-0061
517015803      +E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2019 23:56:17      Synchrony Bank/Amazon,
                 PO BOX 960013,    Orlando, FL 32896-0013
```

```
District/off: 0312-3          User: admin               Page 2 of 2                Date Rcvd: Jan 23, 2019
                              Form ID: 185              Total Noticed: 39
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
517122266      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 23 2019 23:57:26      Verizon,
                by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 22

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517026377*        Internal Revenue Service,   PO Box 7346,   Philadelphia, PA   19101-7346
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2019 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Embrace Home Loans, Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin C. Fayette    on behalf of Joint Debtor Anne M. Kocsis kfayette@kevinfayette.com
              Kevin C. Fayette    on behalf of Debtor John   Kocsis kfayette@kevinfayette.com
              Rebecca Ann Solarz    on behalf of Creditor    Embrace Home Loans, Inc. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6
```