UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Office of Kevin Fayette, LLC
1675 Whitehorse Mercerville Road
Suite 204
Hamilton, New Jersey 08619
(609) 584-0600

In Re:  John & Anne Kocsis

Order Filed on February 25, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 17-26715

Adv. No.

Hearing Date: 2/20/19

Judge: (CMG)

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through two (2)  is hereby **ORDERED.**

**DATED: February 25, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Case No. 17-26715
Order Granting Supplemental Chapter 13 Fees
Page 2

---

The applicants having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that the Law Offices of Kevin Fayette, LLC, the applicant, is allowed a fee of $400.00 for services rendered and expenses in the amount of $0.00 for a total of $400.00. The allowance shall be payable:

   XX         Through the Chapter 13 plan as an administrative priority

              Outside the plan