**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | John Kocsis<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–8429<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Anne M. Kocsis<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–6846<br>EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:    17–26715–CMG

## Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

John Kocsis                                Anne M. Kocsis

<u>10/31/22</u>                                **By the court:** <u>Christine M. Gravelle</u>
                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
John Kocsis  
Anne M. Kocsis  
    Debtors

Case No. 17-26715-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 3
Date Rcvd: Oct 31, 2022 | Form ID: 3180W | Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John Kocsis, Anne M. Kocsis, 14 Cliff Street, Trenton, NJ 08611-3406 |
| cr | + | Embrace Home Loans, Inc. c/o Rushmore Loan Managem, P.O. Box 55004, Irvine, CA 92619-5004 |
| 517089321 | + | Drexel University, J. Scott Watson, Esq., 24 Regency Plaza, Glen Mills, PA 19342-1001 |
| 517234372 | + | Embrace Home Loans, Inc., c/o RoundPoint Mortgage Servicing Corpor, 5016 Parkway Plaza Blvd, Suite 200, Charlotte, NC 28217-1930 |
| 517015790 | + | F.H. Cann & Associates, Inc., 1600 Osgood Street, Suite 20-2/120, North Andover, MA 01845-1048 |
| 517015791 | | Firstsource Advantage, LLC, C/o RJM Acquisitions LLC, PO Box 628, Buffalo, NY 14228 |
| 517015793 | | Hilton Grand Vacation, P.O. Box 402705, Atlanta, GA 30384-2705 |
| 517015797 | + | Mastercard, Card service Center, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 517015800 | | Roundpoint Mortgage Servicing Corporatio, P.O. Box 674150, Dallas, TX 75267-4150 |
| 517015801 | | State of New Jersey, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 31 2022 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 31 2022 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517015781 | | Email/Text: bankruptcydepartment@tsico.com | Oct 31 2022 20:44:00 | Alltran Financial, LP, P.O. Box 4044, Concord, CA 94524-4044 |
| 517015782 | | Email/PDF: bncnotices@becket-lee.com | Oct 31 2022 20:56:04 | American Express, PO Box 360001, Ft. Lauderdale, FL 33336-0001 |
| 517015783 | + | Email/Text: bkfilings@zwickerpc.com | Oct 31 2022 20:44:00 | American Express Bank, FSB, C/O Zwicker & Associates, 1105 Laurel Oak Road, Ste 136, Voorhees, NJ 08043-4312 |
| 517167703 | | Email/PDF: bncnotices@becket-lee.com | Oct 31 2022 20:55:52 | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517015784 | | EDI: CAPITALONE.COM | Nov 01 2022 00:38:00 | Capital One Bank, POB 71083, Charlotte, NC 28272-1083 |
| 517167683 | | Email/PDF: bncnotices@becket-lee.com | Oct 31 2022 20:56:05 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517015785 | | EDI: WFNNB.COM | Nov 01 2022 00:38:00 | Comenity-HSN, P.O. Box 659707, San Antonio, TX 78265-9707 |
| 517015786 | | EDI: DISCOVER.COM | Nov 01 2022 00:38:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 517024988 | | EDI: DISCOVER.COM | | |

| District/off: 0312-3 | User: admin | | Page 2 of 3 |
|---|---|---|---|
| Date Rcvd: Oct 31, 2022 | Form ID: 3180W | | Total Noticed: 41 |

| | | | | |
|---|---|---|---|---|
| | | | Nov 01 2022 00:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517015787 | + | Email/Text: collections@drexel.edu | Oct 31 2022 20:44:00 | Drexel University, 3141 Chestnut Street, Philadelphia, PA 19104-2875 |
| 517015789 | | Email/Text: bknotice@ercbpo.com | Oct 31 2022 20:44:00 | ERC, P.O. Box 23870, Jacksonville, FL 32241-3870 |
| 517015788 | | EDI: RMSC.COM | Nov 01 2022 00:33:00 | Ebay Mastercard/SYNCB, P.O. Box 960080, Orlando, FL 32896-0080 |
| 518794716 | + | Email/Text: bkenotice@rushmorelm.com | Oct 31 2022 20:43:00 | Embrace Home Loans, Inc., c/o Rushmore Loan Management Services, PO Box 52708, Irvine, CA 92619-2708, Embrace Home Loans, Inc., c/o Rushmore Loan Management Services 92619-2708 |
| 518794715 | | Email/Text: bkenotice@rushmorelm.com | Oct 31 2022 20:43:00 | Embrace Home Loans, Inc., c/o Rushmore Loan Management Services, PO Box 52708, Irvine, CA 92619-2708 |
| 517015792 | + | Email/Text: Banko@frontlineas.com | Oct 31 2022 20:44:00 | Frontline Asset Strategies, LLC., 2700 Snelling Ave., N, Suite 250, Saint Paul, MN 55113-1783 |
| 517015794 | | EDI: IRS.COM | Nov 01 2022 00:38:00 | Internal Revenue Service, PO Box 724, Springfield, NJ 07081-0724 |
| 517015795 | | Email/Text: PBNCNotifications@peritusservices.com | Oct 31 2022 20:43:00 | Kohl's Payment Center, PO Box 2983, Milwaukee, WI 53201-2983 |
| 517176985 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 31 2022 20:55:46 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517015796 | | EDI: RMSC.COM | Nov 01 2022 00:33:00 | Lowe's/Synchrony Bank, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 517015798 | | Email/Text: NCI_bankonotify@ncirm.com | Oct 31 2022 20:43:00 | Nationwide Credit, Inc., P.O. Box 14581, Des Moines, IA 50306-3581 |
| 517114497 | | EDI: PRA.COM | Nov 01 2022 00:38:00 | Portfolio Recovery Associates, LLC, c/o Aadvantage Aviator Silver, POB 41067, Norfolk VA 23541 |
| 517115706 | | EDI: PRA.COM | Nov 01 2022 00:38:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 517158979 | | EDI: PRA.COM | Nov 01 2022 00:38:00 | Portfolio Recovery Associates, LLC, c/o RCS Direct Marketing/Orchard Bank, POB 41067, Norfolk VA 23541 |
| 517015799 | + | EDI: RMSC.COM | Nov 01 2022 00:33:00 | QCARD/SYNCHRONY BANK, PO BOX 530905, Atlanta, GA 30353-0905 |
| 517215488 | | EDI: Q3G.COM | Nov 01 2022 00:38:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517015802 | | EDI: RMSC.COM | Nov 01 2022 00:33:00 | Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 517019617 | + | EDI: RMSC.COM | Nov 01 2022 00:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517015803 | + | EDI: RMSC.COM | Nov 01 2022 00:33:00 | Synchrony Bank/Amazon, PO BOX 960013, Orlando, FL 32896-0013 |
| 517122266 | + | EDI: AIS.COM | Nov 01 2022 00:38:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517026377 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517015780 | ##+ | Allied Interstate LLC, 7525 West Campus Road, New Albany, OH 43054-1121 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 02, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Embrace Home Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kevin C. Fayette | on behalf of Joint Debtor Anne M. Kocsis kfayette@kevinfayette.com |
| Kevin C. Fayette | on behalf of Debtor John Kocsis kfayette@kevinfayette.com |
| Robert P. Saltzman | on behalf of Creditor Embrace Home Loans Inc. dnj@pbslaw.org |
| Robert P. Saltzman | on behalf of Creditor Embrace Home Loans Inc. c/o Rushmore Loan Management Services LLC dnj@pbslaw.org |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7