Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−26715−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| John Kocsis | Anne M. Kocsis |
| 14 Cliff Street | 14 Cliff Street |
| Trenton, NJ 08611 | Trenton, NJ 08611 |

Social Security No.:
    xxx−xx−8429                              xxx−xx−6846

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: December 1, 2022            Christine M. Gravelle
                                    Judge, United States Bankruptcy Court